**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

JB WHITLEY, III
ADC #122270                                                                                                 PLAINTIFF

V.                                      NO: 4:07CV00747 JMM

RUTH AKINS *et al.*                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   29   day of November, 2007.


_____
UNITED STATES DISTRICT JUDGE